UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-115 (KMM/DTS)

UNITED STATES OF AMERICA,

          Plaintiff,               **UNDER SEAL**

   v.                    **MOTION TO UNSEAL**

ISAAC SANT, ET AL.,

          Defendants.

The United States of America, by and through its attorneys, Daniel N. Rosen, United States Attorney for the District of Minnesota, and Sommer Honeycutt, Special Assistant United States Attorney, hereby moves the Court for an order to unseal the Indictment in the above-referenced matter. This motion is based upon the records and proceedings in this matter.

Dated: June 16, 2026.

                          Respectfully Submitted,

                          DANIEL N. ROSEN
                          United States Attorney

                       *s/ Sommer Honeycutt*
          BY:   SOMMER HONEYCUTT
                        Special Assistant U.S. Attorney
                        600 U.S. Courthouse
                        300 S. 4th Street
                        Minneapolis, MN 55415
                        Attorney reg: 398667
                        Sommer.Honeycutt@usdoj.gov
                        (612) 664-5600