UNITED STATES DISTRICT COURT
District of Minnesota
Criminal No. 26-115 (KMM/DTS)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | **GOVERNMENT'S MOTION** |
| | ) | **TO DESIGNATE CASE AS** |
| v. | ) | **COMPLEX UNDER THE** |
| | ) | **SPEEDY TRIAL ACT** |
| SANT et al. | ) | |
| | ) | |
| Defendants. | ) | |

The United States of America, by its attorneys, Daniel N. Rosen, United States Attorney for the District of Minnesota, and Sommer Honeycutt, Special Assistant United States Attorney, respectfully moves this Court for an order designating the above-captioned matter as a complex case for purposes of the Speedy Trial Act, extending the deadlines for disclosure, and extending the deadlines for filing and hearing motions and trial pursuant to 18 U.S.C. § 3161(h)(7). The grounds for this motion are as follows:

1.      The Defendants are charged by an indictment filed on June 11, 2026, with Conspiracy to Impede or Injure a Federal Officer and/or related charges. Specifically:

•      Isaac Auman Sant, a.k.a. Isaac Dalto, a.k.a. Ike ("SANT") is charged with Conspiracy to Impede or Injure a Federal Officer in violation of 18 U.S.C. § 372 and Interstate Stalking in violation of 18 U.S.C. § 2261A(1)(B));

•      Emmet James Doyle, a.k.a. Plotnikov ("DOYLE") is charged with

1

Conspiracy to Impede or Injure a Federal Officer in violation of 18 U.S.C. § 372;

- Cameron Kennedy, a.k.a. Cam, a.k.a. Olive Knite, a.k.a. Knite ("KENNEDY") is charged with Conspiracy to Impede or Injure a Federal Officer in violation of 18 U.S.C. § 372;

- Callum Robinet, a.k.a. Juliet K, a.k.a. Juliet, a.k.a. Cal ("ROBINET") is charged with Conspiracy to Impede or Injure a Federal Officer in violation of 18 U.S.C. § 372;

- Erik Davis, a.k.a. Errico ("DAVIS") is charged with Conspiracy to Impede or Injure a Federal Officer in violation of 18 U.S.C. § 372;

- Brian Stillwell Apland, a.k.a. Tiny ("APLAND") is charged with Conspiracy to Impede or Injure a Federal Officer in violation of 18 U.S.C. § 372;

- Kyle Wagner, a.k.a. Kaos ("WAGNER") is charged with Conspiracy to Impede or Injure a Federal Officer in violation of 18 U.S.C. § 372, Solicitation to Commit a Crime of Violence in violation of 18 U.S.C. § 373), and Interstate Threats in violation of 18 U.S.C. § 115(a)(1)(B));

- Hannah Margaret Van De Water Davis, a.k.a. Gabriel Van De Water, a.k.a. Nube ("VAN DE WATER DAVIS") is charged with Conspiracy to Impede or Injure a Federal Officer in violation of 18 U.S.C. § 372;

- Treasure Cay Thoreson, a.k.a. Schatzi ("THORESON") is charged with Conspiracy to Impede or Injure a Federal Officer in violation of 18 U.S.C. § 372;

- Nathan Junho Kim, a.k.a. Moon Bear ("KIM") is charged with

Conspiracy to Impede or Injure a Federal Officer in violation of 18 U.S.C. § 372;

- Alec Stewart, a.k.a. Mac ("STEWART") is charged with Conspiracy to Impede or Injure a Federal Officer in violation of 18 U.S.C. § 372;

- Douglas Misterek, a.k.a. Doug, a.k.a. D Munny Big Dog Orf Orf ("MISTEREK") is charged with Conspiracy to Impede or Injure a Federal Officer in violation of 18 U.S.C. § 372;

- Dustin Scott Beisell, a.k.a. Sparky ("BEISELL") is charged with Conspiracy to Impede or Injure a Federal Officer in violation of 18 U.S.C. § 372;

- William Morgan, a.k.a. Willow, a.k.a. Willow Tree ("MORGAN") is charged with Conspiracy to Impede or Injure a Federal Officer in violation of 18 U.S.C. § 372, Interstate Stalking in violation of 18 U.S.C. § 2261A(1)(B)), Assault on a Federal Officer in violation of 18 U.S.C. § 111(a)(1)), and Destruction of Government Property in violation of 18 U.S.C. § 1361);

- and Natasha Rakotz, a.k.a. Anuron ("RAKOTZ") is charged with Conspiracy to Impede or Injure a Federal Officer in violation of 18 U.S.C. § 372 and Assault on a Federal Officer in violation of 18 U.S.C. § 111(a)(1)).

2. The indictment involves two hundred and sixty-nine overt acts related to the conspiracy, as well as interstate stalking, interstate threats, assault on a federal officer, and destruction of Government property. The Defendants were members or associates of Twin Cities Direct Action ("TCDA"), which later changed its name to Direct Action Minnesota ("DAMN"), an organization dedicated and committed to direct action against federal law and

immigration enforcement. Discovery is voluminous and complex, totaling over 20 TB (terabytes) of information as of the date of this filing, with more expected imminently. It includes over 44,000 pages of written reports and photographs, as well as approximately 2.5 TB of surveillance and body camera videos, 15 TB of messages exchanged by the defendants via the Signal application, and other content obtained through search warrants. The United States will need additional time to provide full and intelligent access to certain of these materials to the Defendants.

3. Under a typical scheduling order, Defendants would have a limited opportunity to conduct a meaningful review for the purpose of filing motions and preparing for trial. The parties would be unable to intelligently accomplish the goals of Local Rule 12.1, especially the directives to "confer with the responding party" and to "attempt in good faith to clarify and narrow the issues in dispute" before submitting any pretrial motions.

4. Therefore, given the volume, complexity, and scope of the investigative materials; the large number of defendants and charges; and the legal and factual issues involved in the prosecution, the United States requests that this case be designated complex. The United States also believes a continuance of each deadline by at least 90 days is warranted under 18 U.S.C. § 3161(h)(7)(B)(ii).

WHEREFORE, the Government respectfully requests that the Court designate this matter as complex and extend all due dates in the current

scheduling order, to include the time set for the disclosure of Rule 16 materials as well as the filing of motions and responses, by at least 90 days.

Dated: June 16, 2026.

Respectfully Submitted,

DANIEL N. ROSEN
United States Attorney

*/s/ Sommer Honeycutt*

BY:    SOMMER HONEYCUTT
Assistant U.S. Attorney
600 U.S. Courthouse
300 S. 4th Street
Minneapolis, MN 55415
Attorney reg: 398667
Sommer.Honeycutt@usdoj.gov
(612) 664-5600